**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 2:05CR13** |
| | § | |
| **RUFUS EARNEST SIMS** | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
FINDING DEFENDANT GUILTY**

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Chad Everingham regarding the Defendant's plea of guilty to Count 1 of an Indictment for violation of Title 21, U.S.C., § 841(A)(1) Possession of Cocaine Base With Intent to Distribute. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Magistrate Judge recommends that the Court accept the guilty plea of the Defendant. No objections to the Findings of Fact and Recommendation were filed by the parties. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed January 16, 2008, are hereby ADOPTED.

It is further ORDERED that, pursuant to the Defendant's plea agreement, the Court finds the Defendant GUILTY of Count 1 of the Indictment in the above-numbered cause.

SIGNED this 7th day of February, 2008.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE